DAJ

**FILED**

**DECEMBER 5, 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6863**

In the Matter of
MARILYN MIGLIN,
    Plaintiff

v.

JAMES JOSEPH "TED" MELLON,
    Defendant

Case Number:

**JUDGE KENDALL**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
JAMES JOSEPH "TED" MELLON, Defendant

| | |
|---|---|
| NAME (Type or print) <br> David R. Creagh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ David R. Creagh | |
| FIRM <br> Hinshaw & Culbertson LLP | |
| STREET ADDRESS <br> 222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6191452 | TELEPHONE NUMBER <br> (312) 704-3566 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com