FILED
DECEMBER 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

883553/DRCreagh/DJRichards/JDN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6863**

| | |
|---|---|
| MARILYN MIGLIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: ) |
| | ) Judge: |
| JAMES JOSEPH "TED" MELLON, | ) ) |
| Defendant. | ) |

**JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ**

## JURY DEMAND

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, JAMES JOSEPH "TED" MELLON, by and through his attorneys, David R. Creagh and David J. Richards of HINSHAW & CULBERTSON LLP, hereby demands trial by jury.

| | |
|---|---|
| David R. Creagh, Esq. (ARDC No. 6191452)<br>David J. Richards, Esq. (ARDC No. 6230119)<br>**HINSHAW & CULBERTSON LLP**<br>222 North LaSalle Street<br>Suite 300<br>Chicago, IL 60601-1081<br>Phone: (312) 704-3000<br>Fax: (312) 704-3001 | Respectfully submitted,<br><br>**HINSHAW & CULBERTSON LLP**<br><br><br><br><br>By: s/David R. Creagh<br>One Of The Attorneys For Defendant,<br>JAMES JOSEPH "TED" MELLON |

6260243v1 883553