883553/DRCreagh/DJRichards/jdn

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARILYN MIGLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 6863 |
| v. ) | |
| ) | Judge Kendall |
| JAMES JOSEPH "TED" MELLON, ) | |
| ) | Magistrate Judge Valdez |
| Defendant. ) | |

### AMENDED FIRST MOTION FOR AN ENLARGEMENT OF
### TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES Defendant, JAMES JOSEPH "TED" MELLON, by and through his counsel, David R. Creagh and David J. Richards of Hinshaw & Culbertson LLP, and move this Court for an enlargement of time in which to file Defendant's responsive pleading to the Plaintiff's Complaint and in support thereof, states as follows:

1. On or about October 25, 2007, Plaintiff filed a Complaint alleging that the Defendant engaged in a scheme to defraud her.

2. Plaintiff's Complaint was filed in the Circuit Court of Cook County, Law Division.

3. Defendant was served on November 6, 2007. Pursuant to 28 USC §§ 1332, 1441, and 1446, Defendant filed a Notice of Removal on December 5, 2007.

4. Defendant has acted expeditiously since being served with summons on November 6, 2007 to retain counsel and remove this matter to federal court.

5. Defendant seeks twenty-one (21) days in which to Answer or otherwise plead to the Complaint, so that Defendant can complete its initial investigation into the legal and factual basis of Plaintiff's claims and file a motion to dismiss, if appropriate. Defendant has not previously requested an enlargement of time to file its responsive pleading.

6261219v1 883553

6. Plaintiff will not be prejudiced by the granting of this Motion, as no scheduling order has been entered by the Court and Defendant's initial time in which to answer or otherwise plead has not yet passed. The attorney for the Defendant has left a message for the Plaintiff's attorney inquiring regarding whether Plaintiff consents to this Motion.

WHEREFORE, for the reasons stated above, Defendant seeks an enlargement of time in which to Answer or otherwise plead to the Complaint and asks for an extension of twenty-one (21) days from the date of the Court's order.

| | |
|---|---|
| David R. Creagh, Esq. (ARDC No. 6191452)<br>David J. Richards, Esq. (ARDC No. 6230119)<br>**HINSHAW & CULBERTSON LLP**<br>222 North LaSalle Street<br>Suite 300<br>Chicago, IL 60601-1081<br>Phone: (312) 704-3000<br>Fax:    (312) 704-3001 | Respectfully submitted,<br><br>**HINSHAW & CULBERTSON LLP**<br><br><br>By:   s/David R. Creagh<br>        One Of The Attorneys For Defendant,<br>        JAMES JOSEPH "TED" MELLON |

6261219v1 883553