883553/DRCreagh/DJRichards/jdn

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARILYN MIGLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 6863 |
| v. ) | |
| ) | Judge Kendall |
| JAMES JOSEPH "TED" MELLON, ) | |
| ) | Magistrate Judge Valdez |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Rafey S. Balabanian, Esq.
      Cohon Raizes & Regal LLP
      208 South LaSalle Street
      Suite 1860
      Chicago, IL 60604
      Phone: (312) 726-2252
      Fax: (312) 726-0609

PLEASE TAKE NOTICE THAT on December 17, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, or any Judge sitting in her stead, in Courtroom 2319, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Amended First Motion For An Enlargement Of Time To Answer Or Otherwise Plead, a copy of which has previously been electronically served upon you.

| | |
|---|---|
| David R. Creagh, Esq. (ARDC No. 6191452) | Respectfully submitted, |
| David J. Richards, Esq. (ARDC No. 6230119) | |
| **HINSHAW & CULBERTSON LLP** | **HINSHAW & CULBERTSON LLP** |
| 222 North LaSalle Street | |
| Suite 300 | |
| Chicago, IL 60601-1081 | By:   s/David R. Creagh |
| Phone: (312) 704-3000 | One Of The Attorneys For Defendant, |
| Fax:   (312) 704-3001 | JAMES JOSEPH "TED" MELLON |

6261380v1 883553

## PROOF OF SERVICE

I, the undersigned, a non-attorney on oath, certify that I served this Notice via electronic delivery, addressed to the party referenced above, on the 11th day of December, 2007.

| | |
|---|---|
| [x] Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth herein are true and correct. | s/Joseph D. Niemeier |

6261380v1 883553