# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Marilyn Miglin

                Plaintiff,

v.                                          Case No.: 1:07−cv−06863
                                                 Honorable Virginia M. Kendall

James Joseph Mellon

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 14, 2007:

      MINUTE entry before Judge Virginia M. Kendall : Defendant's Motion for a 21−day extension of time [10] is granted; the Defendant may answer or otherwise plead by 1/04/08. The previously−filed motion for an extension of time [7] is terminated as moot. The noticed hearing date of 12/17/07 is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.