**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | | |
|---|---|---|
| MARILYN MIGLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6863 |
| | ) | |
| JAMES JOSEPH "TED" MELLON, | ) | Judge Kendall |
| | ) | |
| Defendant. | ) | Magistrate Judge Valdez |

**NOTICE OF FILING**

TO:   See attached certificate of service.

**PLEASE TAKE NOTICE** that on the 9th day of January, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, an *Appearance on behalf of Plaintiff Marilyn Miglin*, a copy of which is attached hereto and hereby served upon you.

**MARILYN MIGLIN**


By: /s/   Cornelius P. Brown
   One of Ms. Miglin's Attorneys

Cornelius P. Brown (ARDC no. 0312355)
Rafey S. Balabanian (ARDC no. 6285687)
COHON RAIZES & REGAL LLP
208 South LaSalle Street, Suite 1860
Chicago, Illinois 60604
312/726-2252 (office)
312/726-0609 (fax)

**CERTIFICATE OF SERVICE**

      I, Cornelius P. Brown, an attorney, certify that on January 9, 2008, I served the above and foregoing ***Appearance on behalf of Plaintiff Marilyn Miglin***, by causing true and accurate copies of such paper to be filed and transmitted electronically to the persons shown below pursuant to the Court's ECF/EMF electronic filing system, and further by causing true and accurate copies of such paper to be placed in postage prepaid envelopes addressed respectively to the persons shown below and by causing such envelopes to be deposited in the United States Mailbox located at 208 South LaSalle Street, Chicago, Illinois, on this the 9th day of January 2008.

      David R. Creagh, Esq. (ARDC no. 6191452)
      David J. Richards, Esq. (ARDC no. 6230119)
      Hinshaw & Culbertson LLP
      222 North LaSalle Street, Suite 300
      Chicago, Illinois 60601-1081

      _/s/ Cornelius P. Brown_