IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| MARILYN MIGLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07 C 6863 |
| | ) | |
| JAMES JOSEPH "TED" MELLON, | ) | Judge Kendall |
| | ) | |
| Defendant. | ) | Magistrate Judge Valdez |

### NOTICE OF FILING

TO:   See attached certificate of service.

**PLEASE TAKE NOTICE** that on the 11th day of January, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *The Parties' Joint Status Report*, a copy of which is attached hereto and hereby served upon you.

                                              **MARILYN MIGLIN**


                                      By: /s/     Rafey S. Balabanian
                                          One of Ms. Miglin's Attorneys

Cornelius P. Brown (ARDC no. 0312355)
Rafey S. Balabanian (ARDC no. 6285687)
COHON RAIZES & REGAL LLP
208 South LaSalle Street, Suite 1860
Chicago, Illinois 60604
312/726-2252 (office)
312/726-0609 (fax)

**CERTIFICATE OF SERVICE**

      I, Rafey S. Balabanian, an attorney, certify that on January 11, 2007, I served the above and foregoing ***The Parties' Joint Status Report***, by causing true and accurate copies of such paper to be filed and transmitted electronically to the persons shown below pursuant to the Court's ECF/EMF electronic filing system, and further by causing true and accurate copies of such paper to be placed in postage prepaid envelopes addressed respectively to the persons shown below and by causing such envelopes to be deposited in the United States Mailbox located at 208 South LaSalle Street, Chicago, Illinois, on this the 11th day of January 2008.

David R. Creagh, Esq. (ARDC no. 6191452)<br>
David J. Richards, Esq. (ARDC no. 6230119)<br>
Hinshaw & Culbertson LLP<br>
222 North LaSalle Street, Suite 300<br>
Chicago, Illinois 60601-1081

                /s/ Rafey S. Balabanian