883553/DRCreagh/DJRichards/jdn

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARILYN MIGLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 6863 |
| v. ) | |
| ) | Judge Kendall |
| JAMES JOSEPH "TED" MELLON, ) | |
| ) | Magistrate Judge Valdez |
| Defendant. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT on January 4, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Answer to Plaintiff's Complaint, a copy of which has previously been electronically served upon you which is referenced in the Court's electronic docket as Document 14.

| | |
|---|---|
| David R. Creagh, Esq. (ARDC No. 6191452) | Respectfully submitted, |
| David J. Richards, Esq. (ARDC No. 6230119) | |
| **HINSHAW & CULBERTSON LLP** | **HINSHAW & CULBERTSON LLP** |
| 222 North LaSalle Street | |
| Suite 300 | |
| Chicago, IL  60601-1081 | By:  s/David R. Creagh |
| Phone: (312) 704-3000 | One Of The Attorneys For Defendant, |
| Fax:    (312) 704-3001 | JAMES JOSEPH "TED" MELLON |

6272154v1 883553

## PROOF OF SERVICE

 I, the undersigned, a non-attorney on oath, certify that I filed and served this Notice via electronic delivery pursuant to the Court's electronic filing and service system, addressed to the persons referenced below, on the 14th day of January, 2008:

| | |
|---|---|
| Rafey S. Balabanian, Esq.<br>Cohon Raizes & Regal LLP<br>208 South LaSalle Street<br>Suite 1860<br>Chicago, IL 60604<br>Phone: (312) 726-2252<br>Fax:    (312) 726-0609 | Cornelius P. Brown, Esq.<br>Cohon Raizes & Regal LLP<br>208 South LaSalle Street<br>Suite 1860<br>Chicago, IL 60604<br>Phone: (312) 726-2252<br>Fax:    (312) 726-0609 |

[x] Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth herein are true and correct.

s/Joseph D. Niemeier

6272154v1 883553