UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Marilyn Miglin
       Plaintiff,

v.             Case No.: 1:07−cv−06863
              Honorable Virginia M. Kendall

James Joseph Mellon
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 14, 2008:

  MINUTE entry before Judge Virginia M. Kendall : Initial Status hearing held. Any Motion to strike affirmative defenses shall be filed by 1/28/08. Responses due 2/11/08. Replies due 2/19/08. Fact discovery ordered closed 7/14/08. Any Motion to transfer the case to the District of Nevada shall be filed by 2/14/08. Any response to said motion is due 2/28/2008. Any reply is due 3/6/2008. Further status hearing set for 7/15/08 at 9:00 AM.Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.