**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **MARILYN MIGLIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6863 |
| | ) | |
| **JAMES JOSEPH "TED" MELLON,** | ) | Honorable Virginia M. Kendall |
| | ) | |
| Defendant. | ) | Magistrate Judge Valdez |

### NOTICE OF FILING

TO:   See attached certificate of service.

    **PLEASE TAKE NOTICE** that on the 28th day of January, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Marilyn Miglin's Motion to Strike Defendant's Affirmative Defenses Pursuant to Rule 12(f)*, a copy of which is attached hereto and hereby served upon you.

                                        **MARILYN MIGLIN**

                                        By: /s/ Rafey S. Balabanian
                                                One of Her Attorneys

Cornelius P. Brown (ARDC no. 0312355)
Rafey S. Balabanian (ARDC no. 6285687)
COHON RAIZES & REGAL LLP
208 South LaSalle Street, Suite 1860
Chicago, Illinois 60604
312/726-2252 (office)
312/726-0609 (fax)

## **CERTIFICATE OF SERVICE**

      I, Rafey S. Balabanian, an attorney, certify that on January 28, 2007, I served the above and foregoing ***Marilyn Miglin's Motion to Strike Defendant's Affirmative Defenses Pursuant to Rule 12(f)***, by causing true and accurate copies of such paper to be filed and transmitted electronically to the persons shown below pursuant to the Court's ECF/EMF electronic filing system, on this the 28th day of January 2008.

David R. Creagh, Esq. (ARDC no. 6191452)
David J. Richards, Esq. (ARDC no. 6230119)
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081

                                /s/ Rafey S. Balabanian