883553/DRCreagh/DJRichards/jdn

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARILYN MIGLIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES JOSEPH "TED" MELLON,<br><br>　　　　Defendant. | Case No. 07 C 6863<br><br>Judge Kendall<br><br>Magistrate Judge Valdez |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT on February 11, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, Defendant James Joseph "Ted" Mellon's Opposition to Marilyn Miglin's Motion to Strike Defendant's Affirmative Defenses Pursuant to Rule 12(f) and Countermotion to Amend Answer as Necessary, a copy of which is electronically served upon you.

| | |
|---|---|
| David R. Creagh, Esq. (ARDC No. 6191452)<br>David J. Richards, Esq. (ARDC No. 6230119)<br>**HINSHAW & CULBERTSON LLP**<br>222 North LaSalle Street<br>Suite 300<br>Chicago, IL  60601-1081<br>Phone: (312) 704-3000<br>Fax:    (312) 704-3001 | Respectfully submitted,<br><br>**HINSHAW & CULBERTSON LLP**<br><br><br>By:  s/David R. Creagh<br>　　　One Of The Attorneys For Defendant,<br>　　　JAMES JOSEPH "TED" MELLON |

6282347v1 883553

## PROOF OF SERVICE

I, the undersigned, a non-attorney on oath, certify that I filed and served this Notice via electronic delivery pursuant to the Court's electronic filing and service system, addressed to the persons referenced below, on the 11th day of February, 2008:

| | |
|---|---|
| Rafey S. Balabanian, Esq.<br>Cohon Raizes & Regal LLP<br>208 South LaSalle Street<br>Suite 1860<br>Chicago, IL 60604<br>Phone: (312) 726-2252<br>Fax: (312) 726-0609 | Cornelius P. Brown, Esq.<br>Cohon Raizes & Regal LLP<br>208 South LaSalle Street<br>Suite 1860<br>Chicago, IL 60604<br>Phone: (312) 726-2252<br>Fax: (312) 726-0609 |

[x] Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth herein are true and correct.

s/Joseph D. Niemeier

2