883553/DRCreagh/DJRichards/jdn

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARILYN MIGLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 6863 |
| v. ) | |
| ) | Judge Kendall |
| JAMES JOSEPH "TED" MELLON, ) | |
| ) | Magistrate Judge Valdez |
| Defendant. ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on February 14, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, Defendant James Joseph "Ted" Mellon's Motion Of Defendant Mellon To Transfer This Matter To The United States District Court For The District Of Nevada, a copy of which is electronically served upon you.

David R. Creagh, Esq. (ARDC No. 6191452)
David J. Richards, Esq. (ARDC No. 6230119)
**HINSHAW & CULBERTSON LLP**
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
Phone: (312) 704-3000
Fax:   (312) 704-3001

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

By: s/David R. Creagh
One Of The Attorneys For Defendant,
JAMES JOSEPH "TED" MELLON

6283938v1 883553

## PROOF OF SERVICE

I, the undersigned, a non-attorney on oath, certify that I filed and served this Notice via electronic delivery pursuant to the Court's electronic filing and service system, addressed to the persons referenced below, on the 14th day of February, 2008:

| | |
|---|---|
| Rafey S. Balabanian, Esq. | Cornelius P. Brown, Esq. |
| Cohon Raizes & Regal LLP | Cohon Raizes & Regal LLP |
| 208 South LaSalle Street | 208 South LaSalle Street |
| Suite 1860 | Suite 1860 |
| Chicago, IL 60604 | Chicago, IL 60604 |
| Phone: (312) 726-2252 | Phone: (312) 726-2252 |
| Fax:    (312) 726-0609 | Fax:    (312) 726-0609 |

[x] Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth herein are true and correct.

s/Joseph D. Niemeier

6283938v1 883553