IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **MARILYN MIGLIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6863 |
| | ) | |
| **JAMES JOSEPH "TED" MELLON,** | ) | Honorable Virginia M. Kendall |
| | ) | |
| Defendant. | ) | Magistrate Judge Valdez |

## NOTICE OF FILING

TO:   See attached certificate of service.

**PLEASE TAKE NOTICE** that on the 19th day of February, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Marilyn Miglin's Reply in Support of Her Rule 12(f) Motion to Strike Defendant's Affirmative Defenses*, a copy of which is attached hereto and hereby served upon you.

                        **MARILYN MIGLIN**

                        By: /s/ Rafey S. Balabanian
                            One of Her Attorneys

Cornelius P. Brown (ARDC no. 0312355)
Rafey S. Balabanian (ARDC no. 6285687)
COHON RAIZES & REGAL LLP
208 South LaSalle Street, Suite 1860
Chicago, Illinois 60604
312/726-2252 (office)
312/726-0609 (fax)

## **CERTIFICATE OF SERVICE**

      I, Rafey S. Balabanian, an attorney, certify that on February 19, 2008, I served the above and foregoing ***Marilyn Miglin's Reply in Support of Her Rule 12(f) Motion to Strike Defendant's Affirmative Defenses***, by causing true and accurate copies of such paper to be filed and transmitted electronically to the persons shown below pursuant to the Court's CM/ECF electronic filing system, on this the 19th day of February, 2008.

David R. Creagh, Esq. (ARDC no. 6191452)
David J. Richards, Esq. (ARDC no. 6230119)
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081

                                              /s/ Rafey S. Balabanian