# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARILYN MIGLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 6863 |
| ) | |
| JAMES JOSEPH "TED" MELLON, ) | Honorable Virginia M. Kendall |
| ) | |
| Defendant. ) | Magistrate Judge Valdez |

## NOTICE OF MOTION

TO:   See attached certificate of service.

**PLEASE TAKE NOTICE** that on February 27, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead in courtroom 2319 of the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present *Marilyn Miglin's Motion for an Enlargement of Time to Respond to Defendant's Motion to Transfer Venue*, a copy of which is attached hereto and hereby served upon you.

                                                         **MARILYN MIGLIN**

                                                         By: /s/ Rafey S. Balabanian
                                                             One of Her Attorneys

Cornelius P. Brown (ARDC no. 0312355)
Rafey S. Balabanian (ARDC no. 6285687)
COHON RAIZES & REGAL LLP
208 South LaSalle Street, Suite 1860
Chicago, Illinois 60604
312/726-2252 (office)
312/726-0609 (fax)

**CERTIFICATE OF SERVICE**

      I, Rafey S. Balabanian, an attorney, certify that on February 21, 2008, I served the above and foregoing *Marilyn Miglin's Motion for an Enlargement of Time to Respond to Defendant's Motion to Transfer Venue*, by causing true and accurate copies of such paper to be filed and transmitted electronically to the persons shown below pursuant to the Court's CM/ECF electronic filing system, on this the 21st day of February, 2008.

David R. Creagh, Esq. (ARDC no. 6191452)<br>
David J. Richards, Esq. (ARDC no. 6230119)<br>
Hinshaw & Culbertson LLP<br>
222 North LaSalle Street, Suite 300<br>
Chicago, Illinois 60601-1081

                                /s/ Rafey S. Balabanian