**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Marilyn Miglin
                      Plaintiff,

v.                                        Case No.: 1:07–cv–06863
                                                  Honorable Virginia M. Kendall

James Joseph Mellon
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 22, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Plaintiff's Motion [29] for an Extension of Time to Respond to Defendant's Motion to Transfer Venue is granted; responses due 3/20/2008; replies due 3/27/2008. The 2/27/08 presentment date for said motion ([29]) is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.