IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARILYN MIGLIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2007 C 6863 |
| v. | ) | |
| | ) | Judge Kendall |
| JAMES JOSEPH "TED" MELLON, | ) | |
| | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

## NOTICE OF FILING

TO:    See attached certificate of service

Please take notice that on the 20th day of March, 2008, we filed with the clerk of the United States District Court for the Nothern Disterict of Illinois, Eastern Division, **Miglin's Response to Mellon's Motion to Transfer**, a copy of which is hereby attached hereto and herewith served upon you.

By: /s/ Rafey S. Balabanian
One of Ms. Miglin's Attorneys

Cornelius P. Brown (ARDC no. 0312355)
Rafey S. Balabanian (ARDC no. 6285687)
COHON RAIZES & REGAL LLP
208 South LaSalle Street, Suite 1860
Chicago, Illinois 60604
312/726-2252 (office)

## CERTIFICATE OF SERVICE

I, Rafey S. Balabanian, an attorney, certify that on March 20, 2008, I served the foregoing **Miglin's Response to Mellon's Motion to Transfer** by causing true and accurate copies of such paper to be filed and transmitted electronically to the attached service list via the Court's ECF/EMF electronic filing system.

David R. Creagh
David J. Richards
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081

/s/ Rafey S. Balabanian