# EXHIBIT 8

## WAIVER OF NOTICE OF SPEACIAL MEETING OF THE BOARD OF DIRECTORS
## OF ADVANCED MEDICAL PRODUCTS, INC.

We, the undersigned, being all of the directors of Advanced Medical Products, Inc. (the "Corporation"), hereby agree and consent that a special meeting of directors of the Corporation be held on September 22, 2000 in Chicago, Illinois, as designated hereunder, and do hereby waive all notice whatsoever of such meeting and of any adjournment or adjournments thereof.

We do further agree and consent that any and all lawful business may be transacted at such meeting or at any adjournments thereof as may be deemed advisable by any director present thereat. Any business transacted at such meeting or at any adjournment or adjournments thereof shall be valid and legal and of the same force and effect as if such meeting or adjourned meeting were held after notice.

Place of Meeting:  Chicago, Illinois.

Date of Meeting:  September 22, 2000.

Time of Meeting:  8:30 A.M.

Dated:  September 22, 2000

DIRECTOR

JASON G. LANDESS

DIRECTOR

MARILYN MIGLIN

DIRECTOR

TED MELLON

EXHIBIT

JP 80

## MINUTES OF SPECIAL MEETING OF BOARD OF DIRECTORS OF ADVANCED MEDICAL PRODUCTS, INC.

A special meeting of the Board of Directors of the above-noted corporation was held on September 22, 2000 in Chicago, Illinois, for the purpose of addressing various business matters.

The following, constituting all of the directors of said corporation, were present in person:

> MARILYN MIGLIN
> TED MELLON
> JASON G. LANDESS

Marilyn Miglin called the meeting to order and presided as Board Chairman during the deliberations, and the corporate Secretary, Jonathan Crain, acted as recording secretary. Also present was the Treasurer/Chief Financial Officer (designee) of the corporation, Cameron Stuart.

The Chairman stated that it would be appropriate to hear from Cameron Stuart regarding financial matters of the corporation. Mr. Stuart stated that the top priorities at this point should be in preparing a budget (that would include monetary expenditures, calendar of financial events, and allocation of human resources) and to set up proper accounting books and records using the services of a full-service CPA firm such as Fair, Anderson & Langerman. He next stated that the expenditure of all prior monies should be documented in order to ensure the books and records of the corporation are in proper order. Mr. Stuart recommended that a new account with a commercial bank, Wells Fargo, should be opened as soon as possible and that the account should require two signatures on every check over $1,000.00. Mr. Stuart advised the Board that although the check may require two signatures on its face that banks often allow checks with only one signature to clear accounts. Mr. Stuart stated that the two-signature requirement is mainly an internal control mechanism. Mr. Stuart stated that regular bi-weekly written reports to the Board regarding the finances of the corporation should begin within thirty days of assuming control of the books of the corporation. Eventually these would become monthly reports.

On motion duly made, seconded and unanimously carried, the following resolutions were adopted:

> RESOLVED: That Cameron Stuart immediately open a commercial account with Wells Fargo Bank in Las Vegas, Nevada with Marilyn Miglin, Ted Mellon, Cameron Stuart, and Jason Landess being listed as signatories on said account, with Cameron Stuart's signature being required on every check. Any checks written in amounts over $1,000.00 shall require two signatures. And that Cameron Stuart be in possession of the checkbook for that account;



EXHIBIT
JP81
PENGAD 800-631-6989

RESOLVED: That any proposed expenses outside of the budget must first be presented to Cameron Stuart who shall then present same to the Board for its approval; and

RESOLVED: That Cameron Stuart shall report directly to the Board and not to any individual officer or director of the corporation.

The Chairman then stated that it would be appropriate to hear from the president of the corporation, Jason G. Landess, regarding various other business matters of the corporation. Mr. Landess first informed the Board of developments regarding clinical studies for the Arachnophlebectomy Needle (the "Needle"). He stated that Dr. J.C. Lapiere had been retained to act as a consultant for the corporation and would devote two full days per month to the needs of the corporation in exchange for $3,000 per month for one full year. Mr. Landess stated that Dr. West and Dr. Lapiere had prepared study protocols on behalf of Northwestern University for the Needle. One protocol is an all-purpose study, another focuses on the ankle area, another on comparing the Needle with sclerotherapy and the final protocol focuses on comparing the Needle with laser treatment. Mr. Landess stated that the laser study would not be pursued at this time because there were just too many types of lasers in the market. The Chairman then instructed the secretary to attach copies of those protocols to the minutes. Mr. Landess also informed the Board that Northwestern University would use its videography department to document the studies and to provide the corporation with video footage that could be used to make training videos and to use in its booth at the annual convention for the American Academy of Dermatologists coming up in March of 2001. Mr. Landess informed the Board that he expected a cost projection for the Northwestern University studies from Dr. West within the next week and that he would present same to the Board.

*[handwritten in right margin: Northwestern]*

Mr. Landess also informed the Board that Dr. Linda Woodson was almost halfway through her study being conducted in Las Vegas, Nevada and that he would provide the Board with a copy of any draft study reports he receives from her.

Mr. Landess then addressed the Board regarding marketing issues. Mr. Landess stated that he had interviewed several medical marketing firms and that he had found one in particular to be most impressive called Medical Marketing Research, Inc. Mr. Landess stated that this firm represents many major medical and pharmaceutical companies. He further stated that the study would cost approximately $56,000.00 plus costs for travel.

On motion duly made, seconded and unanimously carried, the following resolution was adopted:

RESOLVED: That the corporation retain Medical Marketing Research, Inc. to conduct a marketing study for the corporation.

Mr. Landess then informed the Board that no word had been received regarding the corporations U.S. patent application, but that he expected to hear something within the next four months. He further stated that the corporation was applying for international patents in Europe, Canada, Mexico and South America and that it is cost prohibitive to apply for patents in all countries because each one has a separate filing fee.

Mr. Landess then informed the Board that the corporation would begin working on a website within the next month and that the domain names miglinmethod.com, arachno-needle.com, and vanishedveins.com had already been secured by the corporation.

Mr. Landess then informed the Board that the corporation was interviewing various medical illustration companies to provide the corporation with a high-quality medical illustration of the Arachnophlebectomy procedure. Mr. Landess said that so far Blausen Medical Communications, Inc. appeared to offer the best services.

Mr. Landess then informed the Board that the firm of Donowa & Associates had been retained to secure international regulatory approval and that their estimated fee was $30,000.00 over a six month period.

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the meeting was adjourned.

SECRETARY ATTEST:

JONATHAN D. CRAIN

Board of Directors:

DIRECTOR

JASON G. LANDESS

DIRECTOR

MARILYN MIGLIN

DIRECTOR

TED MELLON

WAIVER OF NOTICE OF SPECIAL MEETING OF
BOARD OF DIRECTORS OF
ADVANCED MEDICAL PRODUCTS, INC.

We, the undersigned, being all of the Directors of the Corporation, hereby agree and consent that a special meeting of the Board of Directors of the Corporation be held on October 19, 2000 in Chicago, Illinois, as designated hereunder, and do hereby waive all notice whatsoever of such meeting and any adjournment or adjournments thereof.

We do further agree and consent that any and all lawful business may be transacted at such meeting or at any adjournment or adjournments thereof as may be deemed advisable by the Directors present thereat. Any business transacted at such meeting or at any adjournment or adjournments thereof shall be as valid and legal and of the same force and effect as if such meeting or adjourned meeting were held after notice.

Place of Meeting:  Chicago, Illinois.

Date of Meeting:  October 19, 2000.

Time of Meeting:  12:00 P.M.

Dated:  October 18, 2000

DIRECTOR

_____
JASON G. LANDESS

DIRECTOR

_____
TED MELLON

DIRECTOR

_____
MARILYN MIGLIN

EXHIBIT
JP82
PENGAD 800-631-6989

MINUTES OF SPECIAL MEETING OF BOARD OF DIRECTORS OF
ADVANCED MEDICAL PRODUCTS, INC.

A special meeting of the Board of Directors of the above-noted corporation was held on October 19, 2000 in Chicago, Illinois, for the purpose of transacting such business as might come before the meeting.

The following, constituting all of the directors of said corporation, were present in person:

    MARILYN MIGLIN
    TED MELLON
    JASON G. LANDESS

Also present at the meeting was Cameron Stuart, the corporate Treasurer, and Jonathan Crain, the corporate Secretary.

The President called the meeting to order, Marilyn Miglin presided as Board Chairman during the deliberations, and the corporate Secretary acted as recording secretary.

Mr. Mellon stated that in order for Jason Landess to pursue other business opportunities on behalf of the corporation it would be appropriate to consider replacing him with a new president. In addition, Mr. Mellon stated that it would be appropriate to elect a vice president to assist the new president in the daily affairs of the corporation.

On motion duly made, seconded and unanimously carried, the following persons were duly elected to the offices set forth opposite their respective names for a term of one year, or until the election and qualification of their successors:

    Cameron Stuart, President/Treasurer
    Jonathan D. Crain, Vice President/Secretary

Cameron Stuart then stated that in order for the corporation to run more efficiently it would be appropriate for Jonathan Crain to be a signatory on the bank accounts of the corporation.

On motion duly made, seconded and unanimously carried, the following resolution was adopted:

    RESOLVED:  That Jonathan Crain be added as a signatory on the bank accounts of the corporation.



There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the meeting was adjourned.

SECRETARY ATTEST:

_____
JONATHAN D. CRAIN

Board of Directors:

DIRECTOR

_____
JASON G. LANDESS

DIRECTOR

_____
MARILYN MIGLIN

DIRECTOR

_____
TED MELLON

WAIVER OF NOTICE OF SPECIAL MEETING OF
BOARD OF DIRECTORS OF
ADVANCED MEDICAL PRODUCTS, INC.

We, the undersigned, being all of the Directors of the Corporation, hereby agree and consent that a special meeting of the Board of Directors of the Corporation be held on November 16, 2000 in Chicago, Illinois, as designated hereunder, and do hereby waive all notice whatsoever of such meeting and any adjournment or adjournments thereof.

We do further agree and consent that any and all lawful business may be transacted at such meeting or at any adjournment or adjournments thereof as may be deemed advisable by the Directors present thereat. Any business transacted at such meeting or at any adjournment or adjournments thereof shall be as valid and legal and of the same force and effect as if such meeting or adjourned meeting were held after notice.

Place of Meeting:  Chicago, Illinois.

Date of Meeting:  November 16, 2000.

Time of Meeting:  11:00 A.M.

Dated:  November 16, 2000

DIRECTOR

_____
JASON G. LANDESS

DIRECTOR

_____
TED MELLON

DIRECTOR

_____
MARILYN MIGLIN

EXHIBIT
JP84
PENGAD 800-631-6989

MINUTES OF SPECIAL MEETING OF BOARD OF DIRECTORS OF
ADVANCED MEDICAL PRODUCTS, INC.

A special meeting of the Board of Directors of the above-noted corporation was held on November 16, 2000 in Chicago, Illinois, for the purpose of transacting such business as might come before the meeting.

The following, constituting all of the directors of said corporation, were present in person:

    MARILYN MIGLIN
    TED MELLON
    JASON G. LANDESS

Also present at the meeting was the president of the corporation, Cameron Stuart, and the corporate secretary, Jonathan Crain.

The Chairman, Marilyn Miglin, called the meeting to order and presided during the deliberations, and the corporate Secretary acted as recording secretary.

Mr. Stuart presented the Agreement for clinical study APN-1 with Northwestern University for the Board's consideration.

On motion duly made, seconded and unanimously carried, the following resolution was adopted:

    RESOLVED: That Cameron Stuart is hereby authorized to enter into the clinical study agreement for APN-1 with Northwestern University and to make all payments thereunder.

Mr. Stuart then presented various quotes for product and general liability insurance. He further stated that Cragin & Pike had come in with the lowest bid for product and general liability insurance.

On motion duly made, seconded and unanimously carried, the following resolution was adopted:

    RESOLVED: That Cameron Stuart is hereby authorized to purchase a product and general liability policy for the sum of $10,000.00 +/- 5%.


EXHIBIT
JP85

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the meeting was adjourned.

SECRETARY ATTEST:

JONATHAN D. CRAIN

Board of Directors:

DIRECTOR

JASON G. LANDESS

DIRECTOR

TED MELLON

DIRECTOR

MARILYN MIGLIN

## MINUTES OF SPECIAL MEETING OF BOARD OF DIRECTORS OF
## ADVANCED MEDICAL PRODUCTS, INC.

A special meeting of the Board of Directors of the above-noted corporation was held on January 15, 2001 in Chicago, Illinois, for the purpose of transacting such business as might come before the meeting.

The following, constituting all of the directors of said corporation, were present in person:

      MARILYN MIGLIN
      TED MELLON
      JASON G. LANDESS

Also present at the meeting was the corporate secretary, Jonathan Crain.

The Chairman, Marilyn Miglin, called the meeting to order and presided during the deliberations, and the corporate Secretary acted as recording secretary.

Mr. Landess presented an offer from Innovative HealthWorks, Inc., a California corporation, to act as the exclusive distributor for the Arachnophlebectomy Needle in California. A copy of the proposed Distributor Agreement is attached to these minutes. Mr. Landess also informed the Board that he had a potential conflict of interest in this matter as he is the owner of a 20% interest in Innovative HealthWorks, Inc.

On motion duly made, seconded and unanimously carried, the following resolutions were adopted:

RESOLVED: That the Board hereby waives any and all conflict of interest that Jason G. Landess may have in regards to the offer from Innovative HealthWorks, Inc.;

RESOLVED: That Jason G. Landess is free to do as he may desire with any interest he has in Innovative HealthWorks, Inc.; and

RESOLVED: That the offer from Innovative HealthWorks, Inc. to become the corporation's exclusive distributor in California is hereby accepted in its present form and the President is hereby authorized to execute the Distributorship Agreement attached hereto in its present form.



There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the meeting was adjourned.

SECRETARY ATTEST:

JONATHAN D. CRAIN

Board of Directors:

DIRECTOR

JASON G. LANDESS

DIRECTOR

TED MELLON

DIRECTOR

MARILYN MIGLIN

NOTICE OF SPECIAL MEETING
OF
THE SHAREHOLDERS
OF
ADVANCED MEDICAL PRODUCTS, INC.

PLEASE TAKE NOTICE that a special meeting of the shareholders (the "Meeting of Shareholders") of Advanced Medical Products, Inc., a Nevada corporation (the "Corporation") will be held at 321 N. Clark Street, Chicago, Illinois 60610 on Thursday, the 30th day of May, 2002 at the hour of 10:00 a.m. for the following purposes:

1.    To remove Jason Landess from the Board of Directors of the Company;
2.    To amend the Company's bylaws to allow for two directors;
3.    To accept Marilyn Miglin's resignation as a director and to elect Duke Miglin in her place;
4.    To transact such other business as may properly come before the meeting.

The Meeting of Shareholders is called and notification thereof given in accordance with Sections 2, 3 and 4 of the Bylaws of the Corporation, to-wit:

Marilyn Miglin, the owner of 25% of the outstanding shares entitled to vote at the Meeting of Shareholders requests the Meeting of Shareholders and issues this notice. This notice is being sent to all known acknowledged shareholders of the Company and those claiming to be shareholders.

DATED this _17_ day of May, 2002.

_____
Marilyn Miglin

DEFENDANT'S
EXHIBIT
_353_

CERTIFICATE OF MAILING OF NOTICE OF
SPECIAL MEETING OF SHAREHOLDERS OF
ADVANCED MEDICAL PRODUCTS, INC.

      I HEREBY CERTIFY that I mailed on behalf of Marilyn Miglin, first-class postage prepaid, a true and correct copy of the foregoing NOTICE OF SPECIAL MEETING OF SHAREHOLDERS OF ADVANCED MEDICAL PRODUCTS, INC. to the following on this _17_ day of May, 2002:

Marilyn Miglin
112 East Oak Street
Chicago, Illinois  60611

Jason G. Landess
7054 Big Springs Court
Las Vegas, Nevada  89113

Cameron Stuart
75 N. Valle Verde Drive
Henderson, Nevada  89014

Jonathan Crain
8026 Orchestra Avenue
Las Vegas, Nevada  89123

Larry Siggelkow
2634 Airport Drive, Suite 102
North Las Vegas, Nevada  89032

James Joseph Mellon
a/k/a Ted Mellon
1350 Calle Rolph
Palm Springs, California  92262

Dennis P. Gordon, M.D.
1244 Rancho Circle
Las Vegas, Nevada  89107

Duke Miglin

CH01/12226196.1

MINUTES OF SPECIAL MEETING OF
THE STOCKHOLDERS OF
ADVANCED MEDICAL PRODUCTS, INC.

A special meeting of the stockholders of Advanced Medical Products, Inc., a Nevada corporation (the "Corporation"), was held at approximately 10:00 A.M. on Thursday, the 30th day of May, at 321 N. Clark Street, Chicago, Illinois 60610, as directed by the notice of special meeting attached hereto as Exhibit A (the "Notice").

Marilyn Miglin, in her capacity as a stockholder of the Corporation, called the meeting to order, and appointed Dennis J. Carlin as the acting secretary of the meeting.

Duke Miglin certified that the Notice had been mailed to all of the stockholders of the Corporation. Marilyn Miglin noted that although Jason G. Landess had objected to this meeting of the stockholders, the meeting would proceed as specified in the Notice.

The following stockholders, constituting a quorum of the stockholders of the Corporation, were present in person, or by way of conference call or proxy:

Marilyn Miglin
Ted Mellon
Cameron Stuart
Jonathan Crain
Dennis P. Gordon, M.D.

Also present at the meeting were David A. Rubenstein and Dennis J. Carlin of Gardner, Carton & Douglas, counsel to Marilyn Miglin, and Kevin Shea, counsel to Ted Mellon. Absent from the meeting were Jason G. Landess and Larry Siggelkow.

Marilyn Miglin then initiated discussion to consider the removal of Jason G. Landess as a director. Ted Mellon abstained from voting on this matter. On motion duly made, seconded and unanimously carried, the following resolutions were adopted by vote of all voting shareholders:

1.    Removal of Director

RESOLVED, that Jason G. Landess is hereby removed as a director of the Corporation. After the vote, Mr. Mellon excused himself from the meeting.

2.    Election of Director

RESOLVED, that Duke Miglin is hereby elected as a director of the Corporation, to serve for the terms provided in the Bylaws of the Corporation or until his respective successor is elected and has qualified.

3.    Approval of Resignation

WHEREAS, contingent on the effectiveness of this special meeting of the stockholders, Marilyn Miglin wishes to resign as a director of the Corporation (i.e., if it is ultimately held that the special meeting was not proper, then Marilyn is not resigning from the Board).

THEREFORE, HEREBY BE IT RESOLVED, that the contingent resignation of Marilyn Miglin in her capacity of director of the Corporation is hereby acknowledged and accepted.

4.    Amendment of Bylaws

RESOLVED, that in order to achieve the result of decreasing the number of directors of the Corporation from three (3) to two (2), Article III, Section 1, Subparagraph (a) of the Bylaws of the Corporation is hereby amended and reads as follows:

(a)    The number of the Directors of the Corporation shall be not less than one (1) nor more than seven (7) unless and until otherwise determined by vote of a majority of the entire Board of Directors. The number of Directors shall not be less than two (2), unless all of the outstanding shares of stock are owned beneficially and of record by less than two (2) stockholders, in which event the number of Directors shall not be less than the number of stockholders or the minimum permitted by statute.

There being no further business to come before the meeting, on motion duly made and seconded, the meeting was adjourned.

Dennis J. Carlin
Acting Secretary of Meeting

EXHIBIT A

NOTICE OF SPECIAL MEETING
OF
THE SHAREHOLDERS
OF
ADVANCED MEDICAL PRODUCTS, INC.

PLEASE TAKE NOTICE that a special meeting of the shareholders (the "Meeting of Shareholders") of Advanced Medical Products, Inc., a Nevada corporation (the "Corporation") will be held at 321 N. Clark Street, Chicago, Illinois 60610 on Thursday, the 30th day of May, 2002 at the hour of 10:00 a.m. for the following purposes:

1. To remove Jason Landess from the Board of Directors of the Company;
2. To amend the Company's bylaws to allow for two directors;
3. To accept Marilyn Miglin's resignation as a director and to elect Duke Miglin in her place;
4. To transact such other business as may properly come before the meeting.

The Meeting of Shareholders is called and notification thereof given in accordance with Sections 2, 3 and 4 of the Bylaws of the Corporation, to-wit:

Marilyn Miglin, the owner of 25% of the outstanding shares entitled to vote at the Meeting of Shareholders requests the Meeting of Shareholders and issues this notice. This notice is being sent to all known acknowledged shareholders of the Company and those claiming to be shareholders.

DATED this _____ day of May, 2002.


_____
Marilyn Miglin

CH03/9029945 1

CERTIFICATE OF MAILING OF NOTICE OF
SPECIAL MEETING OF SHAREHOLDERS OF
ADVANCED MEDICAL PRODUCTS, INC.

I HEREBY CERTIFY that I mailed on behalf of Marilyn Miglin, first-class postage prepaid, a true and correct copy of the foregoing NOTICE OF SPECIAL MEETING OF SHAREHOLDERS OF ADVANCED MEDICAL PRODUCTS, INC. to the following on this _____ day of May, 2002:

Marilyn Miglin
112 East Oak Street
Chicago, Illinois 60611

Jason G. Landess
7054 Big Springs Court
Las Vegas, Nevada 89113

Cameron Stuart
75 N. Valle Verde Drive
Henderson, Nevada 89014

Jonathan Crain
8026 Orchestra Avenue
Las Vegas, Nevada 89123

Larry Siggelkow
2634 Airport Drive, Suite 102
North Las Vegas, Nevada 89032

James Joseph Mellon
a/k/a Ted Mellon
1350 Calle Rolph
Palm Springs, California 92262

Dennis P. Gordon, M.D.
1244 Rancho Circle
Las Vegas, Nevada 89107

Duke Miglin



DEFENDANT'S
EXHIBIT
313

05000077

### MINUTES OF A SPECIAL MEETING OF
### THE BOARD OF DIRECTORS OF
### ADVANCED MEDICAL PRODUCTS, INC.

A special meeting of the board of directors (the "Board") of Advanced Medical Products, Inc., a Nevada Corporation (the "Corporation") was held at approximately 10:15 A.M. on Tuesday, the 18th of June, 2002, at 321 N. Clark Street, Chicago, Illinois 60610.

Duke Miglin, in his capacity as a member of the Board of the Corporation, called the meeting to order, and appointed Dennis J. Carlin as the acting secretary of the meeting.

Duke Miglin and Dennis P. Gordon, M.D., all of the members of the Board, waived notice of the meeting.

Next, the Board acknowledged Duke Miglin as a new member of the Board.

The following members of the Board, constituting all of the members of the Board, were present by way of conference call:

Duke Miglin
Dennis P. Gordon, M.D.

Also present at the meeting were David A. Rubenstein and Dennis J. Carlin of Gardner, Carton and Douglas, counsel to Duke Miglin, and Ted Mellon, a stockholder in the Corporation.

The Board first discussed the License and Exclusive Distributor Agreement dated July 13, 2001 by and between the Corporation and Western Medical Devices (the "Agreement"). The Board proceeded to debate the enforceability and appropriateness of the Agreement and all amendments thereto. The Board discussed that the First Amendment dated August 1, 2001 (the "First Amendment") was improper, not authorized by the Corporation, not binding on the Company and should be rescinded. On motion duly made, seconded and unanimously carried, the following resolution was adopted by unanimous vote:

> That the Corporation take all appropriate action to rescind the First Amendment to the Agreement and to require Western to comply with the Agreement and cure any breaches.

There being no further business to come before the meeting, on motion duly made and seconded, the meeting was adjourned.

Dennis J. Carlin
Acting Secretary of Meeting

CH02/22193671.1

EXHIBIT A
NOTICE OF SPECIAL MEETING
OF
THE SHAREHOLDERS
OF
ADVANCED MEDICAL PRODUCTS, INC.

PLEASE TAKE NOTICE that a special meeting of the shareholders (the "Meeting of Shareholders") of Advanced Medical Products, Inc., a Nevada corporation (the "Corporation") will be held at 321 N. Clark Street, Chicago, Illinois 60610 on Tuesday, the 18th day of June, 2002 at the hour of 10:00 a.m. for the following purposes:

1. To remove Jason Landess from the Board of Directors of the Corporation;
2. To amend the Corporation's bylaws to allow for two directors;
3. To accept Marilyn Miglin's resignation as a director and to elect Duke Miglin in her place;
4. To otherwise confirm all actions taken at the May 30, 2002 shareholder meeting;
5. To transact such other business as may properly come before the meeting.

The Meeting of Shareholders is called and notification thereof given in accordance with xctions 2, 3 and 4 of the Bylaws of the Corporation, to-wit:

Duke Miglin, the president of the Corporation, issues this notice at the request of Marilyn Miglin, the owner of 25% of the outstanding shares entitled to vote at the Meeting of Shareholders. This notice is being sent to all known acknowledged shareholders of the Corporation and those claiming to be shareholders.

DATED this 7th day of June, 2002.


_____
Duke Miglin, President of the Corporation

MINUTES OF SPECIAL MEETING OF
THE STOCKHOLDERS OF
ADVANCED MEDICAL PRODUCTS, INC.

A special meeting of the stockholders of Advanced Medical Products, Inc., a Nevada corporation (the "Corporation"), was held at approximately 10:00 A.M. on Tuesday, the 18th day of June, at 321 N. Clark Street, Chicago, Illinois 60610, as directed by the notice of special meeting attached hereto as Exhibit A (the "Notice").

Duke Miglin, acting under proxy of Marilyn Miglin, in her capacity as a stockholder of the Corporation, called the meeting to order, and appointed Dennis J. Carlin as the acting secretary of the meeting.

Duke Miglin certified that the Notice had been mailed to all of the stockholders of the Corporation.

The following stockholders, constituting a quorum of the stockholders of the Corporation, were present in person, or by way of conference call or proxy:

Marilyn Miglin
Ted Mellon
Cameron Stuart
Jonathan Crain
Dennis P. Gordon, M.D.

Also present at the meeting were David A. Rubenstein and Dennis J. Carlin of Gardner, Carton & Douglas, counsel to Marilyn Miglin. Absent from the meeting were Jason G. Landess and Larry Siggelkow.

Duke Miglin then initiated discussion to consider the removal of Jason G. Landess as a director. On motion duly made, seconded and unanimously carried, the following resolutions were unanimously adopted by vote of all attending shareholders:

1.    Removal of Director

RESOLVED, that Jason G. Landess is hereby removed as a director of the Corporation.

2.    Election of Director

RESOLVED, that Duke Miglin is hereby elected as a director of the Corporation, to serve for the terms provided in the Bylaws of the Corporation or until his respective successor is elected and has qualified.

05000078

3.    Approval of Resignation

WHEREAS, contingent on the effectiveness of this special meeting of the stockholders, Marilyn Miglin has indicated that she wishes to resign as a director of the Corporation (i.e., if it is ultimately held that the special meeting was not proper, then Marilyn is not resigning from the Board).

THEREFORE, HEREBY BE IT RESOLVED, that the contingent resignation of Marilyn Miglin in her capacity of director of the Corporation is hereby acknowledged and accepted.

4.    Amendment of Bylaws

RESOLVED, that in order to achieve the result of decreasing the number of directors of the Corporation from three (3) to two (2), Article III, Section 1, Subparagraph (a) of the Bylaws of the Corporation is hereby amended and reads as follows:

(a)    The number of the Directors of the Corporation shall be not less than one (1) nor more than seven (7) unless and until otherwise determined by vote of a majority of the entire Board of Directors. The number of Directors shall not be less than two (2), unless all of the outstanding shares of stock are owned beneficially and of record by less than two (2) stockholders, in which event the number of Directors shall not be less than the number of stockholders or the minimum permitted by statute.

There being no further business to come before the meeting, on motion duly made and seconded, the meeting was adjourned.

Dennis J. Carlin
Acting Secretary of Meeting

05000079

-2-

05000081

CERTIFICATE OF MAILING OF NOTICE OF
SPECIAL MEETING OF SHAREHOLDERS OF
ADVANCED MEDICAL PRODUCTS, INC.

I HEREBY CERTIFY that I mailed on behalf of the President of the Corporation, first-class postage prepaid, a true and correct copy of the foregoing NOTICE OF SPECIAL MEETING OF SHAREHOLDERS OF ADVANCED MEDICAL PRODUCTS, INC. to the following on this 7th day of June, 2002:

Marilyn Miglin
112 East Oak Street
Chicago, Illinois 60611

Jason G. Landess
7054 Big Springs Court
Las Vegas, Nevada 89113

Cameron Stuart
75 N. Valle Verde Drive
Henderson, Nevada 89014

Jonathan Crain
8026 Orchestra Avenue
Las Vegas, Nevada 89123

Larry Siggelkow
2634 Airport Drive, Suite 102
North Las Vegas, Nevada 89032

James Joseph Mellon
a/k/a Ted Mellon
1350 Calle Rolph
Palm Springs, California 92262

Dennis P. Gordon, M.D.
1244 Rancho Circle
Las Vegas, Nevada 89107

Duke Miglin

CH2L/71193672.1

-2-

# EXHIBIT 9

07/25/2001  03:41    7603212807          TED MELLON                          PAGE  01

Jul-25-01  01:26P                                                         P.02

# Ted Mellon
## 1350 S CALLE ROLPH
## PALM SPRINGS CA 92264-8514

July 25, 2001

Board of Directors
Advanced Medical Products, Inc.
6600 W. Charleston Boulevard, Suite 116
Las Vegas, Nevada 89146

Dear Board:

Please consider this letter to be my official and unconditional resignation as a Director of
Advanced Medical Products, Inc., effective immediately.

Sincerely,

Ted Mellon

EXHIBIT
JP17



ADVANCED MEDICAL PRODUCTS, INC.
*A Medical Device Company*

August 7, 2001

**DEFENDANT'S EXHIBIT 309**

All Shareholders of Advanced Medical Products, Inc.

Dear Shareholders:

In my capacity as the new CEO and as a director of this company, I am hereby notifying you that Ted Mellon has recently resigned in writing as one of the directors of this company. Mr. Mellon made the following statement to me over the phone right before he resigned: "Jason, I just want to do what is always in the best interest of you, Marilyn and the company."

As most of you know, he has experienced serious health problems over the past few months that clearly impact upon his present ability to serve as a director of this company. That became most evident to me when I recently traveled to California to meet with Jonathan, Mr. Mellon and the three representatives of the Columbus World Wide group out of Orlando, Florida. Jonathan and I both noticed that he was extremely ill when we first met with him. In fact, we were shocked to discover that he could hardly function. It was no surprise to us that he was hospitalized within twenty-four hours after we arrived in Palm Springs and was therefore unable to spend much time with all of us talking about the business at hand.

Several hours before Mr. Mellon was hospitalized he met privately with the three representatives of the Columbus World Wide group. Unfortunately, he evidently made some disingenuous statements to them regarding his personal wealth and family ties that created quite a stir. Since I attempted to correct the misunderstandings created by these statements and apologized for their having been made in the first place, I am hopeful that we will still be able to move forward with this group in an attempt to raise additional venture capital for the company. After I spoke to Mr. Mellon about this, he said that he felt terrible about it. He said that he could not even remember making these statements and therefore thought it would be in the best interest of the company if he were to immediately resign from his position as director. I agreed with him, and he thus tendered his written resignation effective immediately.

Mr. Mellon has provided invaluable advice and financial assistance to the company. We owe him a debt of gratitude for this ongoing support and wish him a rapid recovery.

Should you have any questions or concerns regarding the content of this letter, please call me and I will be happy to speak with you.

Sincerely,

Jason G. Landess
CEO

05000052

6600 WEST CHARLESTON BOULEVARD, SUITE 116 • LAS VEGAS, NEVADA 89146 • PHONE (702) 320-1411 • FAX (702) 320-1417

# EXHIBIT 10

DISTRIBUTION OF SEPTEMBER 20, 2000 PAYMENT FROM MARILYN MIGLIN

DEFENDANT'S
EXHIBIT
206

REIMBURSEMENTS/LOANS:

| | | |
|---|---|---|
| 1) Loan from Kenneth Bozeman | $53,000.00 | |
| 2) JGL expenditures | $19,000.00 | |
| (patent lawyer, FDA consultant, preliminary marketing study, prototype needles, Miglin in Las Vegas, JGL travel and lodging in Chicago, etc.) | | |
| 3) Mellon expenditures | $9,000.00 | |
| (travel and lodging to and from Chicago and Las Vegas) | | |
| Total | $81,000.00 | |

CONSULTING FEES:

| | | |
|---|---|---|
| 1) Catherine Shelton | $40,000.00 | |

PAYMENTS TO SHAREHOLDERS:

| | | |
|---|---|---|
| 1) Jonathan Crain | $58,300.00 | |
| 2) Ted Mellon | $535,350.00 | |
| Plus $9,000 reimbursement | $544,350.00 | |
| Minus $8,000 cash loan from JGL | $536,350.00 | |
| Minus $714.05 e Destiny lawsuit costs | $535,635.95 | Check to Ted Mellon |
| (Filing fee $150.00, process server $60.00, and court reporter for Danny Lee deposition $504.05) | | |
| Plus $3,500 from initial Miglin pmt. | | |
| Plus $15,000 from Bozeman loan | | |
| Total Mellon received to date = | $562,135.95 | |
| 3) Jason Landess | $535,350.00 | |
| Plus $19,000 reimbursement | | |
| Plus $8,000 offset from Mellon for cash loan | | |
| Plus $714.05 reimbursement for e Destiny lawsuit costs advanced | $563,064.05 | Check to JGL |
| Plus $3,500 from initial Miglin pmt. | | |
| Plus $15,000 from Bozeman loan | | |
| Total JGL received to date = | $581,564.05 | |

DG2392







EXHIBIT