IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARILYN MIGLIN,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES JOSEPH "TED" MELLON,<br><br>    Defendant. | Case No. 07 C 6863<br><br>Judge Kendall<br><br>Magistrate Judge Valdez |

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

COMES NOW Defendant, James Joseph "Ted" Mellon ("Mellon"), by and through his attorneys, David R. Creagh and David J. Richards of the law firm of HINSHAW & CULBERTSON LLP, and moves this Court for an enlargement of time in which to reply to Plaintiff's Opposition to Defendant's Motion to Transfer and in support of his motion, Mellon states as follows:

1. On February 14, 2008 Defendant Mellon filed his Motion to Transfer Venue.

2. On February 21, 2008, Plaintiff Miglin filed her Motion for Enlargement of Time to Respond to Defendant's Motion to Transfer. Plaintiff requested an extension of time up to and including March 21, 2008 within which to file her Response to Defendant's Motion to Transfer. The Court granted Plaintiff Miglin's Motion for Enlargement.

3. Defendant Mellon requests an enlargement of time to file his Reply to Plaintiff's Opposition to Defendant's Motion to Transfer up to and including April 7, 2008.

4. Fed.R.Civ.P. 6(b) provides that the Court, in its discretion, may enlarge the period of time in which any act is required to be done.

5. Plaintiff's counsel has indicated that he has no objection to the requested enlargement of time being requested by Defendant Mellon.

6. This motion is not being brought to prejudice the rights of any party and no party will suffer prejudice by the granting of the relief sought in this motion.

WHEREFORE, Defendant Mellon prays the Court grant him an enlargement of time, up to and including April 7, 2008, in which to respond to Plaintiff Miglin's Opposition to Defendant's Motion to Transfer, and award such other and further relief as the Court deems equitable and just.

Dated this 27th day of March, 2008.

| | |
|---|---|
| David R. Creagh, Esq. (ARDC No. 6191452)<br>David J. Richards, Esq. (ARDC No. 6230119)<br>**HINSHAW & CULBERTSON LLP**<br>222 North LaSalle Street<br>Suite 300<br>Chicago, IL 60601-1081<br>Phone: (312) 704-3000<br>Fax:    (312) 704-3001 | Respectfully submitted,<br><br>**HINSHAW & CULBERTSON LLP**<br><br><br>By:  s/David R. Creagh<br>       One Of The Attorneys For Defendant,<br>       JAMES JOSEPH "TED" MELLON |

6300928v1 883553

## **PROOF OF SERVICE**

    I, the undersigned, a non-attorney on oath, certify that I filed and served the above and foregoing Unopposed Motion for Enlargement of Time via electronic delivery pursuant to the Court's electronic filing and service system, addressed to the persons referenced below, on the 27th day of March, 2008:

| | |
|---|---|
| Rafey S. Balabanian, Esq. | Cornelius P. Brown, Esq. |
| Cohon Raizes & Regal LLP | Cohon Raizes & Regal LLP |
| 208 South LaSalle Street | 208 South LaSalle Street |
| Suite 1860 | Suite 1860 |
| Chicago, IL 60604 | Chicago, IL 60604 |
| Phone: (312) 726-2252 | Phone: (312) 726-2252 |
| Fax:   (312) 726-0609 | Fax:   (312) 726-0609 |

[x] Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth herein are true and correct.

s/Joseph D. Niemeier

6300928v1 883553