883553/DRCreagh/DJRichards/jdn

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARILYN MIGLIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07 C 6863 |
| JAMES JOSEPH "TED" MELLON, | ) Judge Kendall |
| Defendant. | ) Magistrate Judge Valdez |

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on March 27, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, Defendant James Joseph "Ted" Mellon's Unopposed Motion for Enlargement of Time, a copy of which is electronically served upon you.

David R. Creagh, Esq. (ARDC No. 6191452)  
David J. Richards, Esq. (ARDC No. 6230119)  
**HINSHAW & CULBERTSON LLP**  
222 North LaSalle Street  
Suite 300  
Chicago, IL 60601-1081  
Phone: (312) 704-3000  
Fax:   (312) 704-3001  

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

By:  s/David R. Creagh  
One Of The Attorneys For Defendant,  
JAMES JOSEPH "TED" MELLON

6301413v1 883553

## PROOF OF SERVICE

I, the undersigned, a non-attorney on oath, certify that I filed and served this Notice via electronic delivery pursuant to the Court's electronic filing and service system, addressed to the persons referenced below, on the 27th day of March, 2008:

| | |
|---|---|
| Rafey S. Balabanian, Esq. | Cornelius P. Brown, Esq. |
| Cohon Raizes & Regal LLP | Cohon Raizes & Regal LLP |
| 208 South LaSalle Street | 208 South LaSalle Street |
| Suite 1860 | Suite 1860 |
| Chicago, IL 60604 | Chicago, IL 60604 |
| Phone: (312) 726-2252 | Phone: (312) 726-2252 |
| Fax:　 (312) 726-0609 | Fax:　 (312) 726-0609 |

[x]Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth herein are true and correct.

s/Joseph D. Niemeier

2

6301413v1 883553