**EXHIBIT B**

RECEIPT AND ACKNOWLEDGEMENT

The undersigned acknowledges receipt of the following on April 20, 2001:

1. A Promissory Note in the sum of $1,000,000.00 dated August 15, 2000 with Marilyn Miglin as the Maker marked "Paid in Full".
2. ~~A Promissory Note in the sum of $125,000.00 dated August 15, 2000 with Marilyn Miglin as the Maker marked "Paid in Full".~~
3. Advanced Medical Products, Inc. Stock Certificate Number 3 for 625 shares.

The undersigned also acknowledges that she has performed all of the obligations required of her pursuant to the terms of the Stock Purchase Agreement dated August 15, 2000; that she has known from the date of execution of the Stock Purchase Agreement that in lieu of cash payment for stock in Advanced Medical Products, Inc., Ted Mellon and Jason Landess agreed to a mutual exchange of stock in Advanced Medical Products, Inc. and Mellon Investments Internationale, Inc.; and that Ted Mellon has received one-half of all monies that would have originally been paid to Jason Landess by the undersigned for her purchase of stock in Advanced Medical Products, Inc. in accordance with his pro rata share of stock ownership in Advanced Medical Products, Inc.

Executed this 20th day of April, 2001.

MARILYN MIGLIN

By _____
Marilyn Miglin

EXHIBIT
JP 55