883553/DRCreagh/DJRichards/jdn

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARILYN MIGLIN, | ) |
|     Plaintiff, | ) |
| | ) Case No. 07 C 6863 |
| v. | ) |
| | ) Judge Kendall |
| JAMES JOSEPH "TED" MELLON, | ) |
| | ) Magistrate Judge Valdez |
|     Defendant. | ) |

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on April 11, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, Affidavit of James Joseph "Ted" Mellon In Support of Reply to Miglin's Opposition to Mellon's Motion to Transfer, a copy of which is electronically served upon you.

David R. Creagh, Esq. (ARDC No. 6191452)  
David J. Richards, Esq. (ARDC No. 6230119)  
**HINSHAW & CULBERTSON LLP**  
222 North LaSalle Street  
Suite 300  
Chicago, IL 60601-1081  
Phone: (312) 704-3000  
Fax:   (312) 704-3001  

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

By: s/David J. Richards  
One Of The Attorneys For Defendant,  
JAMES JOSEPH "TED" MELLON

## PROOF OF SERVICE

I, the undersigned, a non-attorney on oath, certify that I filed and served this Notice via electronic delivery pursuant to the Court's electronic filing and service system, addressed to the persons referenced below, on the 11th day of April, 2008:

| | |
|---|---|
| Rafey S. Balabanian, Esq.<br>Cohon Raizes & Regal LLP<br>208 South LaSalle Street<br>Suite 1860<br>Chicago, IL 60604<br>Phone: (312) 726-2252<br>Fax:  (312) 726-0609 | Cornelius P. Brown, Esq.<br>Cohon Raizes & Regal LLP<br>208 South LaSalle Street<br>Suite 1860<br>Chicago, IL 60604<br>Phone: (312) 726-2252<br>Fax:  (312) 726-0609 |

[x] Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth herein are true and correct.

s/Barb Neitzke