**IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARILYN MIGLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 07 C 6863 |
| | ) | Judge Virginia M. Kendall |
| JAMES JOSEPH MELLON, | ) | |
| Defendant. | ) | |

**Motion to Enlarge Fact Discovery Deadline**

  Plaintiff Marilyn Miglin, through her counsel, Cornelius P. Brown of Cohon, Raizes & Regal LLP, moves for an enlargement of the fact discovery deadline set in this Court's initial status order of January 14, 2008. In support of this motion, Plaintiff states as follows:

  1. Pursuant to this Court's initial status order of January 14, 2008 order (Doc. No. 20), the parties are to complete fact discovery by July 14, 2008.

  2. On February 14, 2008, Defendant filed a motion to transfer venue (Doc. No. 26) asking that this case be transferred to the United States District Court for the District of Nevada.

  3. The parties have briefed the motion to transfer venue and are awaiting this Court's ruling.

  4. Uncertain whether this Court will maintain jurisdiction of the case, the parties have not yet issued fact discovery requests.

  5. This is plaintiff's first request for an enlargement of the fact discovery deadline.

  6. Plaintiff's counsel contacted Defendant's counsel in order to determine if Defendant's counsel had any objection to the relief sought in this motion. While Defendant's counsel indicated that the relief sought may not be objectionable, Defendant's counsel could not provide Plaintiff's counsel with a dispositive answer prior to filing the motion.

7.	No party is prejudice by the extension and justice is served by allowing the fact discovery deadline to be extended.

WHEREFORE, Plaintiff Marilyn Miglin, prays that this Court extend the fact discovery deadline for an additional one hundred twenty days and for such other and further relief as this Court deems just.

                                                MARILYN MIGLIN


                                      By: /s/ Cornelius P. Brown
                                            One of Its Attorneys

Cornelius P. Brown
COHON RAIZES & REGAL LLP
208 S. LaSalle Street, Suite 1860
Chicago, Illinois 60604
(312)726-2252