**IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARILYN MIGLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 07 C 6863 |
| | ) | Judge Virginia M. Kendall |
| JAMES JOSEPH MELLON, | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  David R. Creagh
     David J. Richards
     Hinshaw & Culbertson LLP
     222 North LaSalle Street, Suite 300
     Chicago, IL 60601-1081

   PLEASE TAKE NOTICE that on July 15, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall or any other judge sitting in her stead, in Courtroom 2319, at 219 South Dearborn, Chicago, Illinois, and then and there present the attached Motion to Enlarge Fact Discovery Deadline, at which time and place you may appear as you see fit to.

                                        /s/ Cornelius P. Brown
                                        Cohon Raizes & Regal LLP

## **PROOF OF SERVICE**

      Cornelius P. Brown, an attorney, being first duly sworn on oath, deposes and says that he served a copy of the attached **MOTION TO ENLARGE FACT DISCOVERY DEADLINE** upon the above attorneys via first class mail by depositing same, postage prepaid, before 5:00 p.m. in the United States Mail at Chicago, Illinois, on July 10, 2008, and caused a copy to be served upon the above attorneys via email through the Electronic Case Filing System of the Northern District of Illinois, Eastern Division.

                                                /s/ Cornelius P. Brown

Cornelius P. Brown (ARDC No. 0312355)
Cohon Raizes & Regal LLP
208 S. LaSalle Street, Suite 1860
Chicago, Illinois 60604
(312)726-2252