## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Marilyn Miglin

                Plaintiff,

v.                                     Case No.: 1:07–cv–06863
                                                Honorable Virginia M. Kendall

James Joseph Mellon

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Motion hearing held. Defendant's motion to transfer is granted. (order to follow) Plaintiff's motion for extension of time to complete discovery[38] and plaintiff's motion to strike[21] are denied as moot.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.