

**FILED**
Aug 8. 2008
AUG 0 8 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>J. Giesbrecht   8/1/[08] |
| 1. Article Addressed to:<br><br>United States District Court<br>District of Nevada - Las Vegas<br>333 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7313 3057 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

07 cv 6863