



# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

**OFFICE OF THE CLERK**
(312) 435-5691

RECEIVED
ENTERED        SERVED ON
COUNSEL/PARTIES OF RECORD

2008 AUG -5 P 12: 10

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____ DEPUTY

August 1, 2008

F I L E D
Aug 12. 2008
AUG 1 2 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
District of Nevada - Las Vegas
333 Las Vegas Blvd. South
Las Vegas, NV 89101

RE:        Miglin v. Mellon
Case No.:  07-cv-6863

Enclosed is the certified record which is being transferred to your court pursuant to an order entered on 7/17/2008, by the Honorable Virginia M. Kendall. Enclosed is a certified copy of the transfer order and docket sheet, and transmittal letter.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET AS PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: /s/Gwen Rosegay
Deputy Clerk

Enclosures        2:08-cv-01013-LRH-PAL

New Case No. _____        Date _____